**Brandy BRIGGS, Plaintiff–Appellant**

v.

**Michael J. ASTRUE, Commissioner of Social Security, Defendant–Appellee.**

No. 09–50494
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Nov. 30, 2009.

Mary Ellen Felps, Austin, TX, for Plaintiff–Appellant.

Kendall Morrison Rees, Social Security Administration Office of the General Counsel Region VI, Dallas, TX, Gary Layton Anderson, U.S. Attorney's Office, San Antonio, TX, for Defendant–Appellee.

Before JOLLY, WIENER, and ELROD, Circuit Judges.

PER CURIAM: *

Plaintiff–Appellant Brandy Briggs appeals from the judgment of the district court that affirmed the ruling of Defen-

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

dant–Appellee Michael J. Astrue ("the Commissioner") denying benefits to Briggs. As the parties dispensed with oral argument, we decide this appeal on the basis of the briefs and record. Our review of the record on appeal, including the Report and Recommendations of the magistrate judge on which the district court relied extensively, and the law as applicable to the facts presented, satisfies us that the district court ruled correctly in disposing of this case. For essentially the reasons set forth by the magistrate judge, the judgment of the district court is, in all respects, AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.